■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL R. GRIMM, Appellant. [11 NYS3d 497]—Appeal from a judgment of the Ontario County Court (Craig J. Doran, J.), rendered July 1, 2013. The judgment convicted defendant, upon

his plea of guilty, of criminal possession of a forged instrument in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Sconiers, Valentino and DeJoseph, JJ.